# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:    Salim M. Abrahim                                                                    Case No.:  10-73290-SCS

Debtor(s)                                                                                              Chapter 13

SSN:    XXX-XX-4674

**ORDER APPROVING CLAIMS**

      Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

      Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

      ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion. Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.   Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

      The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 870 Greenbrier Circle, Suite 200, Chesapeake, VA, 23320, the attorney for the debtor(s) and the debtor(s).

Dated: _____        _____
                                                                                                                     Judge

                                                                                       _____
                                                                                       Entry of Judgment or Order

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:   Salim M. Abrahim                                                                              Chapter 13

Debtor(s)                                                                                    Case No.: 10-73290-SCS

SSN:   XXX-XX-4674

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty (20) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptycy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty (20) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Claim # | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| 13 | Becket & Lee<br>Po Box 3001<br>Malvern, PA  19355-0701 | 25-Oct-2010 | $1,535.62 | 0.00<br>"No Interest" | Unsecured |
| 4 | Capital One Auto Finance<br>Po Box 201347<br>Arlington, TX  76006 | 03-Aug-2010 | $19,203.22 | 5.25 | Secured - Vehicle W/Permo |
|  | Cardiovascular Ctr Of Hpt Rds<br>11803 Jefferson Ave Ste 110<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 10 | Pra Receivables<br>Portfolio Recovery Assocs<br>Po Box 12914<br>Norfolk, VA  23541 | 25-Sep-2010 | $1,021.90 | 0.00<br>"No Interest" | Unsecured |
|  | Citi Financial<br>P.O. Box 9018<br>Des Moines, IA  50368 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 7 | Ecast Settlement Corporation<br>Po Box 29262<br>New York, NY  10087 | 30-Aug-2010 | $9,681.14 | 0.00<br>"No Interest" | Unsecured |
|  | Credit Control Corp<br>11821 Rock Landing Drive<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Exxon/Mobil/Citibank Sd Na<br>Po Box 6497<br>Sioux Falls, SD  57117 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

Continued on next page...

| Claim # | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| 14 | Ge Money Bank<br>C/O Recovery Management Systems Corp.<br>25 Se 2Nd Ave Ste 1120<br>Miami, FL  33131 | 08-Nov-2010 | $2,827.11 | 0.00<br>"No Interest" | Unsecured |
|  | Household Bank<br>P.O. Box 703<br>Wood Dale, IL  60191 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Jennifer Merritt<br><br>,   00000 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Macy'S<br>P.O. Box 4562<br>Carol Stream, IL  60197-4562 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Peninsula Radiological Assoc<br>Radiologists To Riverside Hosp<br>P.O. Box 12087<br>Newport News, VA  23612 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Riverside Emergency Phys<br>P.O. Box 1929<br>Kilmarnock, VA  22482 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Riverside Inpatient<br>Po Box 6017<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Riverside Medical Group<br>Po Box 49<br>Tucker, GA  30085 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Riverside Regional Medical Cen<br>P.O. Box 6008<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 3 | Saxon Mortgage Services<br>4708 Mercantile Drive N<br>Fort Worth, TX  76137 | 30-Jul-2010 | $3,837.08 | 0.00<br>"No Interest" | Mortgage W/Permo |
|  | Shell/Citibank Sd<br>P.O. Box 6497<br>Sioux Falls, SD  57117 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Sinclair Communications<br>999 Waterside Drive, Suite 500<br>Norfolk, VA  23510 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 1 | Cr Evergreen Llc<br>Ms 550 Po Box 91121<br>Seattle, WA  98111 | 29-Jul-2010 | $3,583.99 | 0.00<br>"No Interest" | Unsecured |
| 12 | Wells Fargo Dealer Services Inc.<br>Po Box 25341<br>Santa Ana, CA  92799 | 13-Oct-2010 | $8,466.33 | 5.25 | Secured - Vehicle W/Permo |
|  | Ascension Capital Group<br>Po Box 201347<br>Arlington, TX  76006 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

Continued on next page...

| Claim # | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| 2 | Saxon Mortgage Services<br>4708 Mercantile Drive N<br>Fort Worth, TX  76137 | 30-Jul-2010 | $30,848.52 | 0.00<br>"No Interest" | Mortgage W/Permo |
|  | Capital One Auto Finance Department<br>P.O. Box 201347<br>Arlington, TX  76006 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Capital One Auto Finance<br>P.O. Box 201347<br>Arlington, TX  76006 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 11 | Cr Evergreen Llc<br>Ms 550 Po Box 91121<br>Seattle, WA  98111 | 28-Sep-2010 | $5,174.81 | 0.00<br>"No Interest" | Unsecured |
|  | Allianceone<br>4850 E Street Rd<br>Trevose, PA  19053 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Mercedes Benz Financial<br>Po Box 685<br>Roanoke, TX  76262 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Arm<br>Po Box 129<br>Thorofare, NJ  08086-0129 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Newport News Emer Med Srvc<br>Po Box 303<br>Newport News, VA  23607 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Riverside Regional Medical Cen<br>P.O. Box 6008<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Verizon Wireless<br>Po Box 9058<br>Dublin, OH  43017 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 5 | Chesapeake City Treasurer'S<br>Po Box 16495<br>Chesapeake, VA  23328-6495 | 05-Aug-2010 | $389.34 | 0.00<br>"No Interest" | Priority |
| 9 | Pra Receivables<br>Portfolio Recovery Assocs<br>Po Box 12914<br>Norfolk, VA  23541 | 22-Sep-2010 | $6,596.31 | 0.00<br>"No Interest" | Unsecured |
|  | Bruce Paton<br>Po Box 312<br>Ark, VA  23003 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

Continued on next page...

| Claim # | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
|  | Charles Pilliam<br>13230 #2 Sojourner Ct<br>Newport News, VA  23602 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Katherine Reynolds<br>C/O Thompson Mccullan<br>100 Shockhoe Slip<br>Richmond, VA  23219 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Law Office Of Guy T. Hogan<br>47 West Queens Way<br>Hampton, VA  23669 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Lawanda Beckett<br>Po Box 252<br>Painter, VA  23420 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Papco Oil Company<br>Po Box 62265<br>Virginia Beach, VA  23462 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Pete'S Towing, Ltd<br>10165 Jefferson Ave<br>Newport News, VA  23605 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Steven And James, Inc.<br>Po Box 149<br>Harrington, DE  19952 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 6 | Thompson Mccullan<br>100 Shockoe Slip<br>Richmond, VA  23219 | 20-Aug-2010 | $5,966.41 | 0.00<br>"No Interest" | Unsecured |
|  | White Directory Publishers<br>61 John Mulr<br>Buffolk, NY  14228 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 16 | Yellow Book Sales And Distribution Co Inc<br>C/O Greenberg Law Frim<br>Po Box 240<br>Roanoke, VA  24002 | 14-Jan-2011 | $0.00 | 0.00<br>"No Interest" | Late |
|  | Zep Sales And Services<br>860 Nestle Way<br>Breinigsville, PA  18031 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
|  | Saxon Mortgage Svc Inc<br>1270 Northland Dr Ste 200<br>Mendota Heights, MN  55120 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
|  | Target National Bank<br>C/O Weinstein & Riley<br>2001 Western Avenue, Ste 400<br>Seattle, WA  98121 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 15 | Va Department Of Taxation<br>Po Box 2156<br>Richmond, VA  23218-2156 | 07-Jan-2011 | $76,353.04 | 0.00<br>"No Interest" | Priority |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

Continued on next page...

| Claim # | Creditor Name | Date Filed | Claim Amt | % Interest | Type |
|---|---|---|---|---|---|
| | Sylvia Rumble<br>C/O Jennifer J. Sherwood, Pc<br>12515 Warwick Blvd<br>Suite 300<br>Newport News, VA  23606 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| | Walmeka Thompson<br>177 Sheppard Drive<br>Williamsburg, VA  23185 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Unsecured |
| 8 | Newport News City Attorney<br>City Of Newport News<br>2400 Washington Ave<br>Newport News, VA  23607 | 03-Sep-2010 | $576.23 | 0.00<br>"No Interest" | Unsecured |
| | Wells Fargo Dealer Services Inc.<br>Po Box 19657<br>Irvine, CA  92623 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |
| 15 | Va Department Of Taxation<br>Po Box 2156<br>Richmond, VA  23218-2156 | 07-Jan-2011 | $58.00 | 0.00<br>"No Interest" | Unsecured |
| | Pra Receivables<br>Portfolio Recovery Assocs<br>Po Box 41067<br>Norfolk, VA  23541 | "Claim Not Filed" | $0.00 | 0.00<br>"No Interest" | Notice Only |

10-73290-SCS                                                                                  Last page of report.

        WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  April 11, 2011
10-73290-SCS

                                                          /s/ R. Clinton Stackhouse, Jr.
                                                          _____
                                                          R. Clinton Stackhouse, Jr.
                                                          Chapter 13 Trustee