# R. Clinton Stackhouse, Jr.
# Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
Telephone (757) 333-4000

May 20, 2011

William C. Redden, Clerk
United States Bankruptcy Court
P.O. Box 1938
Norfolk, VA 23510-1938

Re:  Withdrawal of Motion to Dismiss

Dear Mr. Redden:

The following case scheduled for hearing on May 26, 2011 on a Motion to Dismiss Case is withdrawn.

Case No.:  10-73290-SCS        Salim M. Abrahim

Thanking you for your attention and consideration in this matter, I remain

Very truly yours,



/s/ R. Clinton Stackhouse, Jr.
_____

R. Clinton Stackhouse, Jr.



RCS/abt

cc:  Debtor(s)
     Debtor(s) Attorney