IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| In re:<br><br>SALIM M. ABRAHIM,<br><br>Debtor(s). | Bankruptcy Case No. 10-73290<br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK AND ALL PARTIES:

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line, LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled bankruptcy case that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com

Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this 23rd day of June 2011.

/s/ Steven G. Kane
Steven G. Kane
Agent for B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| In re: | Bankruptcy Case No. 10-73290 |
|---|---|
| | Chapter 13 |
| SALIM M. ABRAHIM, | |
| Debtor(s). | CERTIFICATE OF SERVICE |

    I hereby certify that on the day I electronically filed the foregoing document and all applicable exhibits with the Clerk of the Bankruptcy Court using the CM/ECF system, the CM/ECF system sent notification of such filing to all parties of interest participating in the CM/ECF system, including, but not limited, to the following participants:

TRUSTEE:
R. CLINTON STACKHOUSE, JR.

ATTORNEY:
JAMES ROBERT CARPENTER, JR.


    /s/ Steven G. Kane_____
Steven G. Kane
Agent for B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221