# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In Re:

    Abrahim, Salim M., XXX-XX-4674                           Case No.:  10-73290-SCS

    Debtor*

## ORDER CONFIRMING MODIFIED PLAN

The debtor(s) plan filed on July 28, 2010, [if appropriate, as modified by a "modification" filed on Wednesday, May 18, 2011,] having been transmitted to his/her creditors; and it having been determined after notice and a hearing that:

(1)  the plan complies with the provisions of this chapter and with other applicable provisions of this title;

(2)  any  fee,  charge,  or amount required under 28 U.S.C. Chapter 123 or by the plan, to be paid before confirmation, has been paid;

(3)  the plan has  been proposed  in good faith and not by any means forbidden by law;

(4)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor is liquidated under 11 U.S.C. Chapter 7 on such date;

(5)  with respect to each allowed secured claim provided for by the plan --

    (A) the holder of such claim has accepted the plan;
    (B)(i)    the plan provides that the holder of such claim retain the lien securing such claim; and
    (B)(ii)    the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
    (C) the debtor surrenders the property securing such claim to such holder, and

(6) the debtor will be able to make all payments under the plan and to comply with the plan;

**It is ORDERED that:**

All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal  shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the registry of the Court, at the discretion of the Trustee.

All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) within 30 days of receipt.  Such refunds shall be mailed to the Debtor(s) at their address of record.

Subsequent to entry of any order of dismissal or conversion, the Debtor(s) shall not physically visit or appear at the Chapter 13 Trustee's office for any reason, without being accompanied by their attorney of record.   This  provision of  this Order shall survive any subsequent order and the Court retains jurisdiction to enforce the terms of this provision of this Order.

The Debtor(s) shall not sell, acquire, encumber, refinance, or enter into a loan modification for real or tangible personal property in excess of $5,000.00 (for cases filed before October 17, 2005, in excess of $500.00) in value, without first sending to the Chapter 13 Trustee notice and a complete disclosure of the terms of the proposed sale, purchase, or refinance, affording the Trustee 30 days to request a hearing.

**It is further ORDERED that:**

(1) The debtor(s) plan [if appropriate, as modified] be and it is hereby confirmed.

(2) On August 13, 2010, and each month thereafter until further order, The Debtor{S} Shall Pay to:

| | |
|---|---|
| R. Clinton Stackhouse, Jr.<br>Chapter 13 Trustee<br>P. O. Box 79993<br>Baltimore, MD 21279-0993 | $1,485.00 per month for 10 months, then beginning June, 2011 $3,025.00 per month for 50 months for a total funding of $166,100.00. |

BY THE COURT

Dated:  **Jun 29 2011**

\* Include all names used by debtor within last 6 years.

_/s/ Stephen C. St.John_

Judge

Entered on Docket:  **6/29/2011**

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320

Office Of The U.S. Trustee
Room 625, Federal Building
200 Granby Hall
Norfolk, VA 23510

Salim M. Abrahim
2723 Burning Tree Lane
Suffolk, VA  23435

John G Merna
3419 Viginia Beach Blvd #236
Virginia Beach, VA  23452

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 10-73290-SCS
Salim M. Abrahim                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-8          User: nobilea          Page 1 of 1          Date Rcvd: Jun 29, 2011
                             Form ID: pdforder       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2011.
db          +Salim M. Abrahim,   2723 Burning Tree Lane,   Suffolk, VA 23435-2809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jul 01, 2011**                    **Signature:**   _Joseph Speetjens_