# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   Salim M. Abrahim  
        Debtor(s)

Case No.: 10-73290-SCS

Chapter 13

## NOTICE OF MOTION TO DISMISS

R. Clinton Stackhouse, Jr., Chapter 13 Trustee, has filed papers with the court to dismiss your case. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss your case or if you want the court to consider your views on the

**ATTEND THE HEARING SCHEDULED TO BE HELD:**

at    **U.S. Bankruptcy Court**     on     **November 17, 2011**     at     **10:00 am**  
       **Courtroom ONE**  
       **600 Granby St**  
       **Norfolk, VA  23510**

If you or your attorney do not take these steps, the court may decide that you do not oppose on the motion and may enter an order granting that relief.

R. CLINTON STACKHOUSE, JR., TRUSTEE

BY     /s/ R. Clinton Stackhouse, Jr.  
        Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this __14th__ day of __October__, 2011 to:

Salim M. Abrahim  
2723 Burning Tree Lane  
Suffolk, VA  23435

John G Merna  
3419 Viginia Beach Blvd #236  
Virginia Beach, VA  23452

       /s/ R. Clinton Stackhouse, Jr.  
       Chapter 13 Trustee

R. Clinton Stackhouse, Jr.  
Chapter 13 Trustee  
870 Greenbrier Circle, Suite 200  
Chesapeake, VA 23320  
(757) 333-4000

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:    Salim M. Abrahim<br>           Debtor(s) | Case No.: 10-73290-SCS<br>Chapter 13 |

## MOTION FOR DISMISSAL

COMES NOW R. Clinton Stackhouse, Jr., Chapter 13 Trustee, and moves for dismissal of the above referenced bankruptcy matter, for failure to make payments.

1. The debtor as of October 13, 2011 (the "Motion Date") has paid a total of $19,315.00 into his plan.

2. Under the terms of the plan filed in this case, as of the Motion date, a total amount of $29,975.00 should have been paid.

3. As of the Motion date, the debtor is delinquent in plan payments in the total amount of $10,660.00.

For the foregoing reason, this case should be dismissed.

CHAPTER 13 TRUSTEE

BY  /s/ R. Clinton Stackhouse, Jr.
         Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion and Notice of Hearing was mailed this 14th day of October, 2011.

Salim M. Abrahim
2723 Burning Tree Lane
Suffolk, VA  23435

John G Merna
3419 Virginia Beach Blvd #236
Virginia Beach, VA  23452

/s/ R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000